**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-6877**

---

LARRY WOOLFORK,

          Plaintiff - Appellant,

    v.

CHESAPEAKE CORRECTIONAL CENTER MEDICAL DEPARTMENT; JOHN
NEWHART, Sheriff; MS. BONNEY, Nurse,

          Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Anthony John Trenga,
District Judge. (1:09-cv-00273-AJT-TCB)

---

Submitted: September 10, 2009    Decided: September 15, 2009

---

Before KING, DUNCAN, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Larry Woolfork, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Woolfork appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Woolfork v. Chesapeake Corr. Ctr. Med. Dep't, No. 1:09-cv-00273-AJT-TCB (E.D. Va. Apr. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED